# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK DAIGREPONT

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL OIL CORPORATION,
EXXONMOBIL PIPELINE COMPANY,
TURNER INDUSTRIES GROUP, LLC,
TURNER INDUSTRIAL MAINTENANCE,
LLC, AND FLOWSERVE US, INC.

CONSOLIDATED WITH

RODNEY WANNER

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL GLOBAL SERVICES
COMPANY, EXXONMOBIL CHEMICAL
COMPANY, EXXONMOBIL RESEARCH &
ENGINEERING COMPANY, BROCK
INDUSTRIAL SERVICES LLC, TOTAL
SAFETY U.S., INC., UNITED RENTALS
(NORTH AMERICA), INC., FLOWSERVE
US, INC. AND JONATHON ZACHARY

NO.  2019 CW 1367

**OCTOBER 24, 2019**

---

In Re:    Exxon Mobil Corporation and Jonathan Zachary, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 657026 c/w 658372.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                           **TMH**
                           **AHP**
                           **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT